**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**SABRINA S. BARNES,**

                **Plaintiff,**                5:15-cv-740
                                                                (GLS/ATB)

        v.

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
SABRINA S. BARNES
Plaintiff, *Pro Se*
9 Mcmaster Street
Auburn, New York 13021

**FOR THE DEFENDANT:**
HON. RICHARD S. HARTUNIAN      ELIZABETH D. ROTHSTEIN
United States Attorney                Special Assistant U.S. Attorney
100 South Clinton Street
Syracuse, NY 13261

Steven P. Conte
Regional Chief Counsel
Social Security Administration
Office of General Counsel, Region II
26 Federal Plaza, Room 3904
New York, NY 10278

**Gary L. Sharpe
Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on July 11, 2016. (Dkt. No. 24.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 24) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the decision of the Commissioner be **AFFIRMED**, and plaintiff's complaint (Dkt. No. 1) be **DISMISSED**; and it is further

**ORDERED** that the clerk serve a copy of this order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

September 8, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge